# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JUAN DOMINGUEZ-RUBIO, et al.,

    Plaintiff

vs.

HEWLETT PACKARD CARIBE BV, LLC

    Defendant(s)

Civil Case No. 13-1139 (ADC)

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Opinion and Order March 31, 2015.

Therefore, pursuant to the Court's Opinion and Order, Judgment is hereby entered accordingly.

Plaintiffs' federal claims are **HEREBY DISMISSED WITH PREJUDICE.** Plaintiffs' Commonwealth of Puerto Rico law claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31st day of March, 2015.

                      FRANCES RIOS DE MORAN
                      Clerk of the Court

                      By: <u>s/Sarah V. Ramón</u>
                          Sarah V. Ramón, Deputy Clerk